UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
DOCKET NO. 1:14-cv-00019-MOC

| | |
|---|---|
| **CASSANDRA MARIE PONDER,** | ) |
| Plaintiff, | ) |
| Vs. | ) ORDER |
| **CAROLYN W. COLVIN,** Acting Commissioner of Social Security, | ) |
| Defendant. | ) |

**THIS MATTER** is before the court on defendant's consent Motion for Remand. Having considered such motion, the court enters the following Order.

## ORDER

**IT IS, THEREFORE, ORDERED** that on defendant's consent Motion for Remand (#12) is **GRANTED**, all other pending motions are denied without prejudice as MOOT, and this action is **REMANDED** to the Commissioner for further proceedings not inconsistent with the instructions contained in such motion and attachment (#12-1) thereto, all in accordance with Sentence Four of 42 U.S.C. §405(g). This action is otherwise **DISMISSED**.

Signed: August 8, 2014

Max O. Cogburn Jr.
United States District Judge

1